**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FUBON INSURANCE CO., LTD., | Case No. 2:24-cv-07211-AH-(MAAx) |
| Plaintiff, | **FINAL JUDGMENT  [JS-6]** |
| v. | |
| PLATINUM CARGO LOGISTICS INC., | |
| Defendants. | |

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendant Platinum Cargo Logistics Inc.'s ("Defendant") Motion for Summary Judgment based on its finding that Defendant's liability is limited under the Carmack Amendment, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. Judgment is hereby entered in favor of Plaintiff Fubon Insurance Co ("Plaintiff") and against Defendant.

3. Defendant shall pay Plaintiff $138.00, consistent with the liability limitation in Defendant's Terms & Conditions.

This is a final judgment.

Dated:  March 20, 2026

_____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2